IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3064 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| PRECIOUS JEWELS MILLER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The defendant's motion to continue sentencing (filing 40) is granted.

(2)   The defendant's sentencing is continued to Thursday, November 1, 2007, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, at the Robert V. Denney Federal Building and United States Courthouse, in Lincoln, Nebraska. Since this is a criminal case, the defendant shall be present unless excused by the court.

September 13, 2007.            BY THE COURT:

                     s/ *Richard G. Kopf*
                     United States District Judge